IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| PRINCESS SAKYI, <br><br> Plaintiff, <br><br> v. <br><br> THE ESTÉE LAUDER COMPANIES, INC., et al., <br><br> Defendants. | Case No.: 1:17-cv-1863-BAH |

## DECLARATION OF KALLI BLACKWELL PETERMAN IN SUPPORT OF APPLICATION TO COMPEL ARBITRATION

I, Kalli Blackwell Peterman, state that:

1. I am an adult over the age of eighteen. I make the following declaration of my own knowledge and free will. I am familiar with the facts surrounding this matter and have actual knowledge of the matters testified to herein. If called as a witness, I could and would competently testify as to the following matters as set forth in detail below.

2. Beauty Basics, Inc. d/b/a Aveda Institute South ("BBI") is a nationally accredited private post-secondary institution offering career training in a variety of beauty related fields, including cosmetology.

3. I am the Vice President of Operations for BBI and I work from BBI's headquarters located at 303 South Pine Street, Hammond, Louisiana 70403.

4. BBI operates campuses in Texas, Louisiana, Georgia, North Carolina, Tennessee, Alabama, and the District of Columbia.

5.   BBI's national accreditor, the National Accrediting Commission for Career Arts and Sciences ("NACCAS") is located in Alexandria, Virginia.

6.   BBI is regulated by the United States Department of Education under Title IV of the U.S. Higher Education Act, 20 U.S.C. section 1071, et seq. ("HEA").

7.   BBI regularly receives funds in the form of student loans and grants that are regulated by the Department of Education. Most of the tuition for BBI's students are paid by way of a mix of federal student loans and grants, all administered under the Title IV student financial aid statutes previously mentioned, and related regulations.

8.   The financial aid award decisions are based on a federal form called a Free Application for Federal Student Aid ("FAFSA"), which are electronically transmitted to the United States Department of Education as part of the approval and funding process, and funds are, in fact, electronically transmitted by modalities of interstate commerce including wire, Internet, and U.S. mail.

9.   The plaintiff in this case, Princess Sakyi ("Sakyi"), enrolled at BBI's Washington, DC location for instruction in cosmetology on March 9, 2016.

10.  Sakyi signed an Enrollment Agreement and an Arbitration Agreement and Waiver of Jury Trial with BBI on March 9, 2016.

11.  A true and correct copy of the Arbitration Agreement and Waiver of Jury Trial Sakyi signed on March 9, 2016 is attached hereto as Exhibit A.

12. At the time she enrolled with BBI's Washington, DC location in March 2016, Sakyi represented that she was a resident of the Commonwealth of Virginia.

I declare under penalty of perjury that the foregoing is true and correct.

*Kalli Blackwell Pt* (signature)
Kalli Blackwell Peterman

Executed on 9 day of February, 2018.

# EXHIBIT A



# ARBITRATION AGREEMENT AND WAIVER OF JURY TRIAL

I, X Princess Sakyi _____, agree as follows:

1. Any dispute I may bring against Aveda Institute (the "Institute"), or any of its parents, subsidiaries, officers, directors, or employees, without limitation, or which the Institute may bring against me, no matter how characterized, pleaded or styled, shall be resolved by binding arbitration pursuant to the Federal Arbitration Act, conducted by the American Arbitration Association (the "AAA"), under its Consumer Arbitration Rules ("Consumer Rules"), and decided by a single arbitrator. The arbitration hearing will be conducted in ____Washington, DC____.

2. Both the Institute and I explicitly waive any right to a jury trial. I understand that the decision of the Arbitrator will be binding, and not merely advisory. The award of the Arbitrator may be entered as a judgment in any Court having jurisdiction.

   Initials: PS

3. Neither the Institute nor I shall file any lawsuit against the other in any Court and agree that any suit filed in violation of this provision shall be promptly dismissed in favor of arbitration. Both the Institute and I agree that the party enforcing arbitration shall be awarded costs and fees of compelling arbitration. This provision does not affect either party's right to seek relief in small claims court for disputes or claims within the scope of its jurisdiction.

   Initials: PS

4. The costs of the arbitration filing fee, Arbitrator's compensation, and facilities fees that exceed the applicable court filing fee will be paid by the Institute.

   Initials: PS

5. I agree that any dispute or claim I may bring shall be brought solely in my individual capacity, and not as a plaintiff or class member in any purported class action, representative proceeding, mass action or consolidated action.

   Initials: PS

6. Any remedy available from a court under the law shall be available in the arbitration.

   Initials: PS

7. I may, but need not, be represented by an attorney at arbitration.

   Initials: PS

8. Except as specifically required by the laws of the State of ____Washington, DC____, the fact of and all aspects of this arbitration and the underlying dispute shall remain strictly confidential by the parties, their representatives, and the AAA. I agree that any actual or threatened violation of this provision would result in irreparable harm, and will be subject to being immediately enjoined.

   Initials: PS

9. I understand the information about the AAA arbitration process and the AAA Consumer Rules can be obtained at www.adr.org or 1-800-778-7879. I shall disclose this document to the AAA if I file an arbitration.

   Initials: PS

e 2015

1



# AVEDA INSTITUTE

## ARBITRATION AGREEMENT AND WAIVER OF JURY TRIAL

10. If any paragraph, sub-paragraph, provision, or clause herein is held invalid, said paragraph, sub-paragraph, provision, or clause shall not affect any other paragraph, sub-paragraph, provision, or clause that can have effect without the invalidated paragraph, sub-paragraph, provision, or clause, and thus is severable one from the other.

Initials: P.S

11. I acknowledge and give my consent to use an electronic signature to bind me to this Agreement. I further acknowledge that this electronic signature attached to this document was created by me as a voluntary and knowing act that represents my intent to be legally bound.

Initials: P.S

I HAVE HAD AN OPPORTUNITY TO FULLY READ AND UNDERSTAND THIS ENTIRE AGREEMENT. BY MY ABOVE INITIALS AND MY BELOW SIGNATURE, I CERTIFY, THAT I HAVE READ, UNDERSTAND, AND AGREE TO THE TERMS OF THIS AGREEMENT.

_[signature]_
Student

Date: 3-9-16

N/A
Parent

Date: N/A

_[signature]_
School Official

Date: 3/9/16